■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN ROBINSON, Appellant. [858 NYS2d 646]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WALTER, Appellant. [858 NYS2d 646]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Fahey and Green, JJ.

■ In the Matter of the Arbitration between BUFFALO PROFESSIONAL FIREFIGHTERS ASSOCIATION, INC., LOCAL 282, IAFF, AFL-CIO-CLC, Respondent, and ANTHONY MASIELLO, as Mayor of City of Buffalo, et al., Appellants. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Lunn, Peradotto, Green and Gorski, JJ.

■ ROBERT SCHLOSSIN et al., Appellants, v TOWN OF MARILLA et al., Respondents. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Lunn and Pine, JJ.

■ STEPHEN F. BRUMMER, Plaintiff, v TOWN OF TONAWANDA et al., Defendants. CHRISTOPHER A. SPENCE, P.C., Appellant; THE BARNES FIRM, P.C., Successor to CELLINO & BARNES, Respondent. [858 NYS2d 646]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Centra, Pine and Gorski, JJ.

■ ROSEANN BRUNO et al., Appellants, v EUGENE J. GOSY, M.D., et al., Respondents, et al., Defendants. (Appeal No. 1.) ROSEANN BRUNO et al., Appellants, v EUGENE J. GOSY, M.D., et al., Respondents, et al., Defendant. (Appeal No. 2.) [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.